**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lynn M. Bleeker,<br><br>　　　　Plaintiff,<br>　　v.<br><br>Mike Johanns, Secretary, United States Department of Agriculture,<br><br>　　　　Defendant. | CIV-07-0413-PCT-SMM<br><br>**ORDER** |

　　　Upon the joint motion of the parties and good cause appearing,

　　　**IT IS HEREBY ORDERED** granting the motion for a 15-day extension of time to file a joint case management plan and provide initial discovery.

　　　**IT IS FURTHER ORDERED** continuing the Rule 16 Case Management Hearing in this matter currently set for September 26, 2007 until **October 11, 2007**, at **4:00 p.m**.

　　　DATED this 20th day of September, 2007.

_____
Stephen M. McNamee
United States District Judge