**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lynn M. Bleeker,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Mike Johanns, Secretary, United States Department of Agriculture,<br><br>　　　　Defendant. | No. CV-07-0413-PCT-SMM<br><br>**ORDER EXCUSING PRESENCE OF REPRESENTATIVE WITH SETTLEMENT AUTHORITY AT PRELIMINARY PRETRIAL CONFERENCE** |

Upon review of Defendant's request to excuse presence of a representative with settlement authority (Dkt. 16) at the Preliminary Pretrial Conference presently set for October 11, 2007, and good cause appearing therefore,

**IT IS HEREBY ORDERED** excusing Defendant from providing a representative with settlement authority at the Preliminary Pretrial Conference.

DATED this 9th day of October, 2007.

_____
Stephen M. McNamee
United States District Judge