**WO**

# UNITED STATE DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Lynn M. Bleeker, | |
|       Plaintiff, | CIV-07-0413-PCT-SMM |
| v. | **ORDER** |
| Mike Johanns, Secretary, United States Department of Agriculture, | |
|       Defendant. | |

Pursuant to the Defendant's motion for extension of time (Dkt. 28), to which Plaintiff has been contacted and consents,

**IT IS HEREBY ORDERED** that Defendant's Motion for Extension of Time to Provide Responses to Plaintiff's Production Requests 40-60 (Dkt. 28), is granted.

**IT IS FURTHER ORDERED** that Defendant shall have until **January 16, 2008** to provide responses to Plaintiff's Production Requests 40-60.

DATED this 7th day of January, 2008.

Stephen M. McNamee
United States District Judge