**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lynn M. Bleeker, ) | No. CV-07-0413-PCT-SMM |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| Mike Johanns, Secretary, United States ) Department of Agriculture, ) | |
| ) | |
| Defendant. ) | |

Before the Court is the parties' Joint Motion to Revise Scheduling Order (Dkt. 37). The parties request an extension of pretrial deadlines because depositions and other discovery have yet to be conducted and could lead to settlement of this matter. Good cause appearing,

**IT IS HEREBY ORDERED** granting the parties' joint motion (Dkt. 37) and setting the following dates for discovery in this matter:

a) Deadline for the completion of all discovery, including depositions and expert disclosures pursuant to Rule 26 Fed. R. Civ. P. - **June 18, 2008**

b) Deadline for Dispositive Motions - **July 14, 2008**

**IT IS FURTHER ORDERED** setting the final Pretrial Conference in this matter for **August 14, 2008 at 2:00 p.m.**

DATED this 26th day of March, 2008.

Stephen M. McNamee
United States District Judge