**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lynn M. Bleeker, ) | No. CV-07-413-PCT-SMM |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| Mike Johanns, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Before the Court is the parties' Second Joint Motion to Revise Scheduling Order (Dkt. 41). The parties request a 60-day extension of time for the discovery cutoff deadline, the dispositive motion deadline, and the Final Pretrial Conference. The parties state that this extension is necessary because a records migration done by the Forest Service in 2006 and 2007 has made it difficult to locate records requested by Plaintiff, and that locating these records "is a prerequisite to meaningful depositions and to meaningful settlement negotiations." (Id. at 2.)

In the First Joint Motion to Revise Scheduling Order, the parties similarly stated that the parties had "been engaged in meaningful discovery," and that the exchange and receipt of documents was "a necessary prerequisite to meaningful depositions and a potential settlement conference." (Dkt. 37.) The Court granted the First Joint Motion and provided a 60-day extension identical to the current request. The Second Joint Motion

1  and docket report in this case fail to demonstrate that the parties have been working
2  diligently working to locate the necessary documents since the Court's last extension of
3  time.  Therefore the Court finds that good cause has not been shown for an additional 60-
4  day extension.
5       Accordingly,
6       **IT IS HEREBY ORDERED** denying the parties' Second Joint Motion to Revise
7  Scheduling Order (Dkt. 41).  The deadlines set forth in the Order dated March 26, 2008
8  (Dkt. 38) shall remain in effect.
9       DATED this 4th day of June, 2008.

Stephen M. McNamee
United States District Judge