**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lynn M. Bleeker, | ) No. CIV 07-413-PCT-SMM |
| Plaintiff, | ) **ORDER** |
| v. | ) |
| Mike Johanns, | ) |
| Defendant. | ) |

On October 12, 2007, the Court entered a Scheduling Order that contained the following language (Dkt. 24):

**IT IS FURTHER ORDERED** that, in the event of a discovery dispute, the parties shall contact the Court to request a telephonic conference prior to filing any discovery motions. The parties shall not contact the Court regarding a discovery dispute unless they have been unable to resolve the dispute themselves, despite personal consultation and sincere efforts to do so. The parties shall not file any written materials related to a discovery dispute or discovery motion without express leave of Court. If the Court does order written submissions, the movant shall include a statement certifying that counsel could not satisfactorily resolve the matter despite personal consultation and sincere efforts to do so, in accordance with LRCiv 7.2(j) of the Rules of Practice of the United States District Court for the District of Arizona.

(Dkt. 24, Order dated Oct. 12, 2007 4-5.)

Plaintiff notified the Court of a dispute regarding Defendant's refusal or inability to produce documents requested by Plaintiff. The Court being now available to hear the matter,

//

//

//

//

**IT IS HEREBY ORDERED** setting a telephonic discovery dispute hearing before the Honorable Stephen M. McNamee for **Tuesday, June 10, 2008 at 2:30 p.m.**  Plaintiff's counsel shall initiate a conference call and secure all participants on the line before telephoning Judge McNamee's chambers at (602) 322-7555, no later than 2:25 p.m. on June 10, 2008.

DATED this 6th day of June, 2008.

_____
Stephen M. McNamee
United States District Judge