**WO**

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Lynn M. Bleeker,<br><br>             Plaintiff,<br>    v.<br><br>Mike Johanns, Secretary, United States Department of Agriculture,<br><br>             Defendant. | CIV-07-0413-PCT-SMM<br><br>**ORDER** |

Pursuant to the Stipulated Request of the parties (Dkt. 52), and the Court having found good cause at the June 10, 2008 telephonic hearing to grant an extension of the existing scheduling deadlines in this matter,

**IT IS HEREBY ORDERED** setting the following revised scheduling deadlines:

a) Deadline for the completion of all discovery, including depositions and expert disclosures pursuant to Rule 26 Fed. R. Civ. P. . . . . . . . . . **August 1, 2008**

b) Deadline for Dispositive Motions  . . . . . . . . . . . . . . . . . . **August 29, 2008**

**IT IS FURTHER ORDERED** setting the final Pretrial Conference in this matter for **September 22, 2008.**

DATED this 17th day of June, 2008.

Stephen M. McNamee
United States District Judge