**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lynn M. Bleeker,<br><br>        Plaintiff,<br><br>v.<br><br>Mike Johanns, Secretary, United States Department of Agriculture<br><br>        Defendant. | No. CV-07-0413-PCT-SMM<br><br>**ORDER** |

Pursuant to the Stipulation to Refer Case to U.S. Magistrate Judge for Mediation Conference (Dkt. 53), and Local Rule 72.2(a)(5),

**IT IS HEREBY ORDERED** that, as determined by automated random selection, this matter shall be referred to Magistrate Judge Lawrence O. Anderson for the purposes of conducting a mediation and settlement conference.

DATED this 17th day of June, 2008.

Stephen M. McNamee
United States District Judge