**WO**

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Lynn M. Bleeker,<br><br>          Plaintiff,<br>     v.<br><br>Mike Johanns, Secretary, United States Department of Agriculture,<br><br>          Defendant. | CIV-07-0413-PCT-SMM<br><br>**ORDER** |

Pursuant to the Stipulated Request of the parties, and the good cause showing,

**IT IS HEREBY ORDERED** resetting the Settlement Conference in this matter from August 5, 2008 to August 4, 2008 at 1:30 p.m.

**IT IS FURTHER ORDERED affirming** all orders contained within the Court's Settlement Conference Order previously issued June 19, 2008.  (docket #58)

DATED this 23rd day of July, 2008.

_____
Lawrence O. Anderson
United States Magistrate Judge