**WO**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Lynn M. Bleeker,<br><br>        Plaintiff,<br>v.<br><br>Mike Johanns, Secretary, United States Department of Agriculture,<br><br>        Defendant. | CIV-07-0413-PCT-SMM<br><br>**ORDER** |

Pursuant to Plaintiff's Unopposed Motion to Revise Scheduling Order (Third Request) (Dkt. 63), and good cause appearing,

**IT IS HEREBY ORDERED** setting the following revised scheduling deadlines:

a) Deadline for the completion of all discovery, including depositions and expert disclosures pursuant to Rule 26 Fed. R. Civ. P. . . . . . . . . . **August 22, 2008**

b) Deadline for Dispositive Motions (no change) . . . . . . . . . **August 29, 2008**

**IT IS FURTHER ORDERED** setting the final Pretrial Conference in this matter for **October 22, 2008 at 4:00 pm.** (no change). The Court notes that Plaintiff's Motion incorrectly states the final Pretrial Conference as being scheduled for October 14, 2008.

DATED this 24th day of July, 2008.

Stephen M. McNamee
United States District Judge