**WO**

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Lynn M. Bleeker,<br><br>        Plaintiff,<br>v.<br><br>Mike Johanns, Secretary, United States Department of Agriculture,<br><br>        Defendant. | CIV-07-0413-PCT-SMM<br><br>**ORDER** |

Pursuant to the Stipulated Request of the parties, and the good cause showing, it is HEREBY ORDERED that the settlement memoranda be filed by the parties with the court no later than July 29, 2008.

DATED this 29th day of July, 2008.

                                                  */s/ Lawrence O. Anderson*
                                                  Lawrence O. Anderson
                                                  United States Magistrate Judge