**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lynn M. Bleeker,                              )<br>                                                        )<br>            Plaintiff,                              )<br>                                                        )<br>v.                                                     )<br>                                                        )<br>                                                        )<br>Mike Johanns, Secretary, United States)<br>Department of Agriculture,                )<br>                                                        )<br>            Defendant.                         )<br>                                                        )<br>_____) | No. CV-07-0413-PCT-SMM<br><br>**ORDER** |

In compliance with the Court's Order Setting Settlement Conference, docket #53, the Court entertained a conference call with counsel regarding whether the August 4, 2008 settlement conference would be a futile act, resulting in a waste of time and money and inconsistent with Rule 1, Fed.R.Civ.P. Counsel were directed to communicate to the undersigned's judicial assistant no later than Thursday, July 31, 2008 whether or not they agreed to proceed with the August 4, 2008 Settlement Conference. Counsel for Defendant called the undersigned's staff on July 31, 2008 to advise both counsel agree that the settlement conference should be vacated.  Further, counsel for Plaintiff has e-mailed his written letter of August 1, 2004, confirming his desire to vacate the August 4, 2008 settlement conference and expressing his frustration with the Government, not Government's local counsel.

Accordingly,

1 **IT IS ORDERED vacating** the Settlement Conference in this matter set before the undersigned on Monday, August 4, 2008.

**IT IS FURTHER ORDERED** Plaintiff's counsel's letter addressed to the undersigned, dated August 1, 2008, shall be filed under seal.

DATED this 1st day of August, 2008.

*Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge