**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lynn M. Bleeker, ) | No. CV-07-0413-PCT-SMM |
| Plaintiff, ) | **ORDER** |
| v. ) | |
| Mike Johanns, Secretary, United States Department of Agriculture, ) | |
| Defendant. ) | |

Before the Court is Defendant's Motion for Extension of Time for Filing Dispositive Motion (Dkt. 82). Defendant requests the Court grant a 30-day extension of the time for filing dispositive motions because depositions were completed on August 21, 2008, and the dispositive motion deadline fell only seven days after the close of discovery. Defendant further states that counsel only received the remaining deposition transcripts at 4:30 on August 28, 2008. Plaintiff opposes the motion insofar as it requests a 30-day extension, but that Defendant should be allowed a minimum amount of time considered reasonably necessary to file dispositive motions. (Dkt. 83.)

The Court has granted three previous extensions of the dispositive motion deadline. (See Dkts. 38, 54, 64.) Most recently, the Court granted Plaintiff's unopposed motion to grant a 21-day extension of time to complete discovery. (Dkt. 64, Order dated July 24, 2008.) That motion stated that the parties did not anticipate a need to revise the dispositive motion deadline, and the Court noted that the dispositive motion deadline would remain

August 29, 2008. Defendant now states, on the day before the dispositive motion deadline, that the deadlines he agreed to and has been aware of for over a month are insufficient. Defendant does not explain why this request was not brought earlier.

The Court will therefore deny Defendant's request for a 30-day extension, but grant Defendant a reasonable extension of time to file dispositive motions.

**IT IS HEREBY ORDERED** granting in part Defendant's Motion for Extension of Deadline for Dispositive Motions (Dkt. 82). Defendant shall have until **Friday, September 19, 2008** to file dispositive motions.

DATED this 5th day of September, 2008.

Stephen M. McNamee
United States District Judge