**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lynn M. Bleeker, ) | No. CV-07-0413-PCT-SMM |
| Plaintiff, ) | **ORDER** |
| v. ) | |
| Mike Johanns, Secretary, United States Department of Agriculture, ) | |
| Defendant. ) | |

Before the Court is Plaintiff's Unopposed Motion to Extend Time to Respond to Defendant's Motion for Summary Judgment (First Request) (Dkt. 88). Plaintiff requests a five (5) day extension because Plaintiff's counsel received the deposition changes to the deposition of Defendant's employee, Vickie Dyer, on October 20, 2008. Plaintiff requests additional time to allow counsel to review the changes and revise her response, if necessary. Good cause appearing,

**IT IS HEREBY ORDERED** granting Plaintiff's Unopposed Motion to Extend Time to Respond to Defendant's Motion for Summary Judgment (First Request) (Dkt. 88).

///
///
///
///
///

1

**IT IS FURTHER ORDERED** that the last day for Plaintiffs to file a response to the motion for summary judgment is extended to **October 27, 2008**.

DATED this 22nd day of October, 2008.

_____
Stephen M. McNamee
United States District Judge