**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lynn M. Bleeker, | No. CV-07-0413-PCT-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| Mike Johanns, Secretary, United States Department of Agriculture, | |
| Defendant. | |

Before the Court is Plaintiff's Motion to Extend Time to Respond to Defendant's Motion for Summary Judgment (Second Request) (Dkt. 92). Plaintiff requests a two (2) day extension because Plaintiff's counsel experienced technical issues and filed the response forty (40) minutes late. Plaintiff's counsel then filed the exhibits to the response two (2) days late because he hoped to reduce the size of the exhibits if the parties stipulated to the dismissal of Count IV of Plaintiff's Complaint.

Accordingly,

**IT IS HEREBY ORDERED** granting Plaintiff's Motion to Extend Time to Respond to Defendant's Motion for Summary Judgment (Second Request) (Dkt. 92).

DATED this 31st day of October, 2008.

Stephen M. McNamee
United States District Judge