**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lynn M. Bleeker, | No. CV-07-0413-PCT-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| Mike Johanns, Secretary, United States Department of Agriculture, | |
| Defendant. | |

The Court having received the Joint Stipulation to Dismiss Count IV - ADEA of Plaintiff's Complaint filed by the parties (Dkt. 93),

**IT IS HEREBY ORDERED** that Count IV - Age Discrimination in Employment Act ("ADEA") of Plaintiff's Complaint (Dkt. 1, p. 8) is dismissed without prejudice (Dkt. 93).

DATED this 31st day of October, 2008.

_____
Stephen M. McNamee
United States District Judge